R. A. Muldoon, Appellee, v. Florence B. Deddo, Appellant.

Gen. No. 46,724. ▮▮▮▮▮▮▮▮▮▮

First District, Third Division.

December 14, 1955.

Rehearing denied January 3, 1956.

Released for publication January 26, 1956.

Tenney, Sherman, Bentley & Guthrie, for appellant; John P. Forester, of counsel; Aaron Soble, for appellee.
Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.